UNITED STATES DISCTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| KYLEE ROBINSON, ) | |
| ) | |
| Plaintiff, ) | Cause No._____ |
| ) | |
| v. ) | |
| ) | |
| ANGOLA TREATS, INC. ) | |
| d/b/a DAIRY QUEEN GRILL AND ) | |
| CHILL OF ANGOLA, ) | |
| ) | |
| Defendant. ) | |

## **COMPLAINT**

COMES NOW the Plaintiff, Kylee Robinson ("Robinson"), by counsel, and for her causes of action against the Defendant, Angola Treats, Inc., ("Angola Treats") d/b/a Dairy Queen Grill and Chill of Angola ("Dairy Queen"), states and alleges as follows:

## I.     **INTRODUCTION**

1.    This is an action brought by Robinson for sexual harassment and retaliation under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq. ("Title VII"). Robinson began work at Dairy Queen on or about February 11, 2019 as a part-time worker at the restaurant located at 1303 N. Wayne Street in Angola, Indiana.  About three (3) or four (4) weeks after her employment began, Robinson and other female employees were harassed by Dairy Queen General Manager, Dan Girdham ("Girdham") on a regular basis. Beginning on or about August of 2019, Robinson repeatedly reported to her manager, Kyle Donovan ("Donovan"), that the General Manager, Dan Girdahm ("Girdahm"), was sexually harassing her and other female employees. Robinson reported that General Manager Girdahm was inappropriately touching her and other female employees.  Girdahm would ask Robinson about her sex life, tickle her hips, come up

behind her and rub her butt, rub her back, and ask her for nude photographs on social media. Girdahm also said to her that he would lick and bite her clit.  On one occasion, Girdahm also bit Robinson on her arm and Robinson filed a police report about the incident.  Dairy Queen Manager Donovan's response to Robinson's complaints about Girdahm's conduct was that there was nothing he could do about it and yes, he knew, but that's just Dan.  During one of her complaints, Robinson showed Dairy Queen Manager Donovan inappropriate Snapchats received from Girdahm and Donovan simply told her she should block them.

On or about October 11, 2019, Girdahm stuck his hands under Robinson's jacket and tickled her hips while she was working.  As a result, Robinson called off her scheduled work shift for October 12, 2019 and reported that she was uncomfortable working with Girdahm.

On October 13, 2019, Robinson reported Girdahm's conduct to Dairy Queen Owner Todd Haidous.  After watching video footage of what occurred, Haidous said "you are a young and pretty girl, this is going to happen."  Haidous also said that Girdahm works too many hours for Haidous to fire him and also said it would be easier for him to fire Girdahm if she allowed him to touch her.  Before leaving the meeting on October 13, 2019, Robinson was informed she was being terminated for calling off her October 12, 2019 scheduled work shift.

Robinson seeks all damages available to her including, but not limited to back pay, front pay, compensatory damages, punitive damages, legal fees and costs.

## II.     PARTIES

2.      Robinson is an individual citizen and resident of Angola, Indiana.

3.      Dairy Queen is a corporation organized and existing under and by virtue of the laws of the State of Indiana with its principle place of business located at 1303 North Wayne Street,

Angola, Indiana and which operates a restaurant located at 1303 North Wayne Street, Angola, Indiana 46703.

### III.   JURISDICTION AND VENUE

4. This Court has federal question jurisdiction by virtue of 28 U.S.C. § 1331 with respect to the Title VII claim, in addition to the federal court jurisdiction conferred by Title VII, 42 U.S.C. § 2000e-5(f)(3). This Court is the proper venue pursuant to 28 U.S.C. § 1391 as Angola Treats operates a Dairy Queen restaurant in Angola, and Robinson worked at that location and resides in Angola, Indiana.

### IV.   FACTS

5. Robinson incorporates by reference paragraphs 1-4 of her Complaint as if same were fully set forth herein.

6. Beginning on or about February 11, 2019, Robinson was employed by Dairy Queen at its facility located at 1303 North Wayne Street, Angola, Indiana as a part-time Crew Associate until her termination on or about October 12, 2019.

7. Robinson was subjected to repeated inappropriate touching, grabbing and verbal innuendo from the male General Manager, Girdahm.

8. Robinson complained about Girdahm's sexual harassment to her Manager, Donovan, but nothing was done to stop it.

9. On or about October 13, 2019, when Robinson complained to Dairy Queen Owner Haidous about Girdahm's conduct, including sticking his hands under her jacket and tickling her hips, she was told "you are a young and pretty girl, this is going to happen". Haidous also told her that Girdahm worked too many hours for Haidous to fire him and also said it would be easier for him to fire Girdahm if she allowed Girdahm to touch her.

10. After complaining to the Dairy Queen Owner about the General Manager's conduct, Robinson was terminated from employment for calling off on her October 12, 2019 scheduled work shift.

11. As a direct result of the discrimination and retaliation against her, Robinson has suffered damages including lost pay, lost benefits, and emotional distress.

## V. STATEMENT OF CLAIMS
### COUNT I
### SEX DISCRIMINATION

12. Robinson incorporates by reference paragraphs 1-11 of her Complaint as if same were fully set forth herein.

13. Dairy Queen has discriminated against Robinson on account of her sex in violation of Title VII.

14. As a result of the unlawful discrimination, Robinson has suffered damages.

### COUNT II
### UNLAWFUL RETALIATION UNDER TITLE VII

15. Robinson incorporates by reference paragraphs 1-14 of her Complaint as if same were fully set forth herein.

16. Robinson has been unlawfully retaliated against.

17. Robinson has suffered damages on account of the unlawful retaliation against her.

## VI. PRAYER FOR RELIEF

WHEREFORE, Robinson prays for judgment in her favor and for the following relief:

a) back pay and benefits;

b) front pay and benefits;

c) compensatory damages;

d) punitive damages;

e) legal fees;

f) costs of this action; and

g) all other relief appropriate under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff, Kylee Robinson, hereby demands a trial by jury as to all issues so triable.

Respectfully Submitted,

*THEISEN & ASSOCIATES, LLC*

s/John C. Theisen
John C. Theisen (#549-02)
Nathaniel O. Hubley (#28609-64)
810 South Calhoun Street, Suite 200
Fort Wayne, IN 46802
Telephone: (260) 422-4255
Fax: (260) 422-4245
*Attorneys for Plaintiff*